# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PADOVA, JOHN R. | EASTERN DISTRICT OF PA | 06/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT COURT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

17613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Regina Academies |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 03/23/18 - 03/24/18 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. PNC BANK CHKG (J) | A | Interest | K | T | | | | | |
| 3. _____, IRA PNC(S) | A | Interest | K | T | | | | | |
| 4. Boston Capital (J) 17 | A | Distribution | J | U | | | | | |
| 5. Bank Chkg & Sav. (J) Citizens Bank | A | Interest | J | T | | | | | |
| 6. Exelon (J) | A | Dividend | K | T | | | | | |
| 7. USAA Sav-Act | A | Interest | K | T | | | | | |
| 8. Boston Cap Ser 23 | A | Distribution | | | Sold | 12/31/18 | J | A | |
| 9. Boston Cap SER 15 (J) | A | Distribution | J | U | | | | | |
| 10. Boston Cap SER 18 (J) | A | Distribution | | | Sold | 12/31/18 | J | A | |
| 11. Vanguard Bond Market - IRA | C | Dividend | M | T | Sold (part) | 12/21/18 | J | D | |
| 12. Vanguard 500 INDEX - IRA | D | Dividend | N | T | Sold (part) | 01/21/18 | K | E | |
| 13. PNC Bank Sav. (S) & Ckg (S) | A | Interest | L | T | | | | | |
| 14. Bernstein Div. Mun SNDPX (S) | B | Dividend | L | T | | | | | |
| 15. AllianceBernstein Multi Manager Alt. Fnd IRA (AB15670) | B | Dividend | M | T | | | | | |
| 16. AB Discovery Growth CHCYX (S) | B | Dividend | J | T | | | | | |
| 17. AB Discovery Value ABYSK (S) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AB International Small Cap Portfolio (S) | B | Dividend | K | T | | | | | |
| 19. AB International Strategic Equities Portfolio (S) | B | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 20. AB Small Cap Core Portfolio (S) | B | Dividend | J | T | | | | | |
| 21. Adobe Systems Inc. (S) (X) | | None | J | T | | | | | |
| 22. AETNA INC (S) | A | Dividend | | | Sold | 11/29/18 | J | B | |
| 23. ALPHABET INC-CL C (S) | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 24. ALPHABET INC-CL C (S) | | None | | | Buy | 04/11/18 | J | | |
| 25. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 26. | | | | | | | | | |
| 27. Altria Group Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 28. American Electric Power (S) (X) | A | Dividend | J | T | | | | | |
| 29. American International Goup | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 30. ANTHEIM INC (S) | A | Dividend | J | T | Buy | 03/01/18 | J | | |
| 31. Apple AAPL (S) | A | Dividend | J | T | | | | | |
| 32. AUTOZONE INC | | None | J | T | Buy | 05/08/18 | J | | |
| 33. Bank of America BAC (S) | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 34. Bernstein Div. Mun. SNDPX (J) | B | Dividend | | | Sold | 12/13/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Bernstein Emerging Mkts Fund SNEMX (S) | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 36. | Bernstein Tax-Man Inter. SNIVX (S) | A | Dividend | K | T | | | | | |
| 37. | Biogen BIIB (S) | | None | J | T | | | | | |
| 38. | Boeing Co/The (S) (X) | A | Dividend | J | T | | | | | |
| 39. | BOOKING HOLDINGS INC (S) | | None | J | T | Buy | 10/12/18 | J | | |
| 40. | Capital One COF (S) | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 41. | CBRE GROUP INC (S) | | None | J | T | Buy | 05/11/18 | J | | |
| 42. | CDW Corp/DE (S) (X) | A | Dividend | J | T | | | | | |
| 43. | Cerner Corp (S) (X) | | None | | | Sold | 05/16/18 | J | A | |
| 44. | CHEVRON CORP | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 45. | Cisco Systesm (S) (X) | A | Dividend | J | T | Sold<br>(part) | 11/06/18 | J | A | |
| 46. | CME GROUP INC.(S) | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 47. | COGNIZANT TECH SOLUTION (S) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 48. | Comcast CMCSA (S) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 49. | CONSTELLATION BRANDS INC A (S) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 50. | Costco Wholesale Corp (S) (X) | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 51. | | | | | | Sold<br>(part) | 12/20/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | CUBESMART | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 53. | CVS (S) | A | Dividend | | | Buy | 11/29/18 | J | | |
| 54. | | | | | | Sold | 12/21/18 | J | A | |
| 55. | DELTA AIRLINES INC | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 56. | Devon Entergy Corporation (S) | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 57. | Dollar General Corp DG (S) | A | Dividend | J | T | Buy | 12/28/18 | J | | |
| 58. | DowDupont inc Co (S) | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 59. | Eaton Corp PLC (S) | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 60. | Ebay Inc. (S) | | None | | | Sold | 09/21/18 | J | A | |
| 61. | Edison International (S) | A | Dividend | | | Sold | 02/21/18 | J | A | |
| 62. | Edwards Lifesciences (S) | | None | J | T | Sold<br>(part) | 08/16/18 | J | A | |
| 63. | EOG Resources Inc. (S) | A | Dividend | J | T | Sold<br>(part) | 12/20/18 | J | A | |
| 64. | EVEREST RE GROUP LTD | A | Dividend | J | T | Sold<br>(part) | 10/16/18 | J | A | |
| 65. | Exxon Mobil Corp (S) | A | Dividend | J | T | Buy<br>(add'l) | 08/31/18 | J | | |
| 66. | | | | | | Sold<br>(part) | 12/21/18 | J | A | |
| 67. | Facebook Inc-A (S) | A | Dividend | J | T | Sold<br>(part) | 09/07/18 | J | A | |
| 68. | Firstserv Inc. (S) | | None | | | Sold | 01/31/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. FIDELITY NATIONAL INFORMATION (S) | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 70. FNF Group (S) | A | Dividend | J | T | Buy (add'l) | 07/24/18 | J | | |
| 71. | | | | | Sold (part) | 02/12/18 | J | A | |
| 72. Gilead Sciences GILD (S) | A | Dividend | J | T | Buy (add'l) | 11/19/18 | J | | |
| 73. | | | | | Sold (part) | 02/22/18 | J | A | |
| 74. Goldman Sachs Group Inc. (S) | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 75. | | | | | Sold (part) | 01/04/18 | J | A | |
| 76. Hewlett-Packard HP INC (S) | A | Dividend | | | Sold | 02/12/18 | J | | |
| 77. Home Depot (S) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 78. Honeywell International Inc. (S) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | | |
| 79. HP Inc. (S) | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 80. Intel Corp (S) | A | Dividend | J | T | Sold (part) | 02/16/18 | J | A | |
| 81. Intuitive Surgical Inc. (S) | | None | J | T | Sold (part) | 08/17/18 | J | B | |
| 82. JP Morgan Chase & Co (S) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 83. | | | | | Sold (part) | 11/26/18 | J | A | |
| 84. Kimberly-Clark Corp (S) | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 85. L3 Technologies, Inc. (S) | A | Dividend | J | T | Sold (part) | 05/30/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Magna International Inc. (S) | A | Dividend | J | T | Sold<br>(part) | 04/23/18 | J | A | |
| 87. | | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 88. | Marathon Petroleum Corp (S) | A | Dividend | J | T | Sold<br>(part) | 09/28/18 | J | A | |
| 89. | | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 90. | MCKESSON CORP (S) | A | Dividend | | | Buy | 01/04/18 | J | | |
| 91. | | | | | | Sold | 06/14/18 | J | A | |
| 92. | Mcdonald's Corp (S) | A | Dividend | J | T | Sold<br>(part) | 03/05/18 | J | A | |
| 93. | Medtronic PLC (S) | A | Dividend | J | T | Sold<br>(part) | 05/03/18 | J | A | |
| 94. | Merck & Co. Inc. (S) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/18 | J | | |
| 95. | | | | | | Sold<br>(part) | 06/07/18 | J | A | |
| 96. | Microsoft Corp MSFT (S) | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 97. | Mid-America Apartment Comm (S) | A | Dividend | J | T | Buy<br>(add'l) | 05/04/18 | J | | |
| 98. | NATIONAL OIL WELL VARCO INC (S) | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 99. | Nike Inc. - Cl B NKE (S) | A | Dividend | J | T | Buy<br>(add'l) | 02/23/18 | J | | |
| 100. | Nisource Inc. (S) | A | Dividend | J | T | Buy<br>(add'l) | 08/31/18 | J | | |
| 101. | Norfolk Southern Corp (S) | A | Dividend | J | T | Sold<br>(part) | 12/10/18 | J | A | |
| 102. | Northrop Grumman Corp (S) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oracle Corp (S) | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 104. Oshkosh Corp (S) | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 105. Pepsico Inc. (S) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 106. Pfizer PFE (S) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 107. | | | | | Sold (part) | 05/25/18 | J | A | |
| 108. Priceline PCLN (S) | | None | | | Sold | 02/16/18 | J | A | |
| 109. Quest Diagnositics Inc. (S) | A | Dividend | | | Buy | 01/22/18 | J | | |
| 110. | | | | | Sold | 04/16/18 | J | A | |
| 111. Rayheon Company (S) | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 112. Ross Stores Inc. (S) | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 113. | | | | | Sold (part) | 12/20/18 | J | A | |
| 114. ROYAL DUTCH SHELL PLC-ADR (S) | A | Dividend | J | T | Buy | 12/28/18 | J | | |
| 115. S&P Global Inc. (S) | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 116. Schlumberger LTD (S) | A | Dividend | | | Sold | 09/10/18 | J | A | |
| 117. Starbucks SBUX (S) | A | Dividend | | | Sold | 01/02/18 | J | A | |
| 118. Synchrony Financial (S) | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 119. Texas Instruments Inc. (S) | A | Dividend | J | T | Sold (part) | 12/20/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. T-Mobile US Inc. (S) | | None | J | T | Buy (add'l) | 01/23/18 | J | | |
| 121. | | | | | Sold (part) | 10/16/18 | J | A | |
| 122. TOTAL SYSTEM SERVICES INC (S) | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 123. Tyson Foods Inc-Cl A (S) | A | Dividend | | | Sold | 07/06/18 | J | A | |
| 124. ULTRA BEAUTY INC (S) | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 125. Unitedhealth Group Inc. UNH (S) | A | Dividend | J | T | Sold (part) | 04/18/18 | J | A | |
| 126. US Bancorp (S) | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 127. US FOODS HOLDING CORP (S) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 128. Verizon Communications, Inc. (S) | A | Dividend | J | T | Buy (add'l) | 07/25/18 | J | | |
| 129. | | | | | Sold (part) | 10/12/18 | J | A | |
| 130. VISA Inc V (S) | A | Dividend | J | T | Sold (part) | 09/07/18 | J | A | |
| 131. Wal-Mart Stores Inc. (S) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 132. | | | | | Sold (part) | 12/06/18 | J | A | |
| 133. Walt Disney DIS (S) | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 134. Wells Fargo WFC (S) | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 135. Xilinix Inc. (S) | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 136. Zoetis Inc. (S) | A | Dividend | J | T | Sold (part) | 11/20/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  AB Discovery Growth Fnd (J) | B | Dividend | J | T | Sold<br>(part) | 08/29/18 | J | A | |
| 138.  AB Discovery Value Fnd (J) | A | Dividend | J | T | Sold<br>(part) | 06/27/18 | J | A | |
| 139.  AB EMERGING MARKETS PORT (J) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 140. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 141. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 142.  AB International Small Cap Portfolio (J) | D | Dividend | K | T | | | | | |
| 143.  AB International Strategic Equities Portfolio (J) | E | Dividend | L | T | | | | | |
| 144.  AB Small Cap Core Portfolio Adv (J) | C | Dividend | J | T | | | | | |
| 145.  Adobe Systems Inc. (J) | | None | J | T | | | | | |
| 146.  AETNA AET (J) | A | Dividend | | | Sold | 11/29/18 | J | B | |
| 147.  ALPHABET INC-CL C (J) | A | Dividend | J | T | Buy | 04/11/18 | J | | |
| 148. | | | | | Sold<br>(part) | 10/16/18 | J | A | |
| 149.  Altria Group Inc (J) | A | Dividend | J | T | Buy<br>(add'l) | 08/02/18 | J | | |
| 150. | | | | | Sold<br>(part) | 06/19/18 | J | A | |
| 151.  American Electric Power (J) | A | Dividend | J | T | Buy<br>(add'l) | 05/08/18 | J | | |
| 152.  American International Group (J) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 153.  Anthem Inc. ANTM (J) | A | Dividend | J | T | Buy | 03/02/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Apple Inc (J) | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 155. | | | | | Sold (part) | 09/26/18 | J | B | |
| 156. Bank of America (J) | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 157. BERKSHIRE HATHAWAY (J) | A | Dividend | | | Buy | 07/23/18 | J | | |
| 158. | | | | | Sold | 09/05/18 | J | | |
| 159. Bernstein Diversified Municipal Portfolio SNDPX (J) | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 160. | | | | | Sold (part) | 04/03/18 | J | A | |
| 161. | | | | | Sold (part) | 09/05/18 | J | A | |
| 162. | | | | | Sold (part) | 10/29/18 | J | A | |
| 163. | | | | | Sold (part) | 11/28/18 | J | A | |
| 164. Bernstein Emerging Mkts (J) | A | Dividend | | | Sold | 01/13/18 | J | A | |
| 165. Bernstein Tax-Managed International Portfolio (J) | A | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 166. Biogen Inc. (J) | | None | J | T | Sold (part) | 06/05/18 | J | A | |
| 167. Boeing Co/The (J) | A | Dividend | J | T | Sold (part) | 10/11/18 | J | A | |
| 168. BOOKING HOLDINGS INC (J) | | None | J | T | Buy | 10/12/18 | J | | |
| 169. CBS Corp-Class B Non Voting (J) | A | Dividend | | | Sold | 05/07/18 | J | A | |
| 170. CDW Corp/DE (J) | A | Dividend | J | T | Sold (part) | 06/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Cerner Corp (J) | | None | | | Sold | 05/16/18 | J | A | |
| 172. CHEVRON CORP (J) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 173. | | | | | Sold<br>(part) | 09/26/18 | J | A | |
| 174. Cisco Systems Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 11/06/18 | J | A | |
| 175. CITIGROUP INC (J) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 176. | | | | | Sold<br>(part) | 07/27/18 | J | A | |
| 177. COGNIZANT TECH SOLUTIONS A (J) | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 178. | | | | | Sold<br>(part) | 09/10/18 | J | A | |
| 179. Comcast Corp-Class A CMCSA (J) | A | Dividend | J | T | Sold<br>(part) | 07/27/18 | J | A | |
| 180. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 181. CONSTELLATION BRANDS INC-A (J) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 182. Costco Whlse Corp (J) | A | Dividend | J | T | Buy<br>(add'l) | 02/26/18 | J | | |
| 183. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 184. CVS Health Corp (J) | | None | | | Sold | 12/21/18 | J | A | |
| 185. Devon Energy Corporation (J) | A | Dividend | | | Sold | 07/18/18 | J | A | |
| 186. Dollar General Corp DG (J) | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 187. Dow Dupont Inc (J) | A | Dividend | | | Sold | 07/24/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Eaton Corp PlC (J) | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 189.  EBAY Inc. EBAY (J) | | None | | | Sold | 10/02/18 | J | A | |
| 190.  Edison International (J) | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 191.  Edwards Lifesciences (J) | | None | J | T | Sold<br>(part) | 08/16/18 | J | A | |
| 192.  EOG Resources (J) | A | Dividend | J | T | Sold<br>(part) | 12/20/18 | J | A | |
| 193.  EVEREST RE GROUP LTD | A | Dividend | J | T | Buy<br>(add'l) | 01/23/18 | J | | |
| 194. | | | | | Sold<br>(part) | 10/16/18 | J | A | |
| 195.  Exelon Corporation EXC (J) | A | Dividend | K | T | | | | | |
| 196.  Exxon Mobil Corp (J) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 197. | | | | | Sold<br>(part) | 12/21/18 | J | A | |
| 198.  Facebook Inc-A (J) | | None | J | T | Sold<br>(part) | 12/06/18 | J | A | |
| 199.  Fiserv Inc. (J) | | None | J | T | Sold<br>(part) | 03/21/18 | J | B | |
| 200.  FIDELITY NATIONAL INFORMATION<br>(J) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 201.  FNF Group (J) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 202.  Gilead Sciences (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/06/18 | J | | |
| 203. | | | | | Sold<br>(part) | 03/01/18 | J | A | |
| 204.  Goldman Sachs Group Inc. (J) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 05/29/18 | J | A | |
| 206. HESS CORP (J) | | None | | | Sold | 02/21/18 | J | A | |
| 207. Home Depot Inc. HD (J) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 208. Honeywell International Inc. (J) | A | Dividend | J | T | Sold (part) | 05/29/18 | J | A | |
| 209. HP Inc. (J) | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | |
| 210. Intel Corp (J) | A | Dividend | J | T | Buy (add'l) | 06/15/18 | J | | |
| 211. | | | | | Sold (part) | 10/12/18 | J | A | |
| 212. Intuitive Surgical Inc. (J) | | None | J | T | Sold (part) | 08/17/18 | J | B | |
| 213. JP Morgan Chase & Co. (J) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 214. | | | | | Sold (part) | 11/06/18 | J | A | |
| 215. Kimberly-Clark Corp (J) | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 216. LYONDELLBASELL INDU-CL A (J) | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 217. L3 Technologies Inc. (J) | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 218. Magna International Inc. (J) | A | Dividend | J | T | Buy (add'l) | 11/01/18 | J | | |
| 219. | | | | | Sold (part) | 09/18/18 | J | A | |
| 220. Marathon Petroleum Corp. (J) | A | Dividend | J | T | Buy (add'l) | 06/15/18 | J | | |
| 221. | | | | | Sold (part) | 09/28/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Mcdonald's Corp (J) | A | Dividend | J | T | Sold<br>(part) | 12/20/18 | J | A | |
| 223. Mckesson Corp (J) | A | Dividend | | | Sold | 05/25/18 | J | A | |
| 224. Medtronic Plc (J) | A | Dividend | J | T | Sold<br>(part) | 06/27/18 | J | A | |
| 225. Merck & Co. Inc. (J) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 226. | | | | | Sold<br>(part) | 06/07/18 | J | A | |
| 227. Microsoft Corp (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 228. | | | | | Sold<br>(part) | 08/29/18 | J | A | |
| 229. Mid-America Apartment Comm (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 230. NATIONAL OILWELL VARCO INC (J) | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 231. Nike Inc-CL B (J) | A | Dividend | J | T | Buy<br>(add'l) | 02/22/18 | J | | |
| 232. Nisource Inc. (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 233. NOKIA CORP-SPON ADR (J) | A | Dividend | J | T | Buy | 04/11/18 | J | | |
| 234. | | | | | Sold<br>(part) | 08/29/18 | J | A | |
| 235. Norfolk Southern Corp (J) (X) | A | Dividend | J | T | Buy<br>(add'l) | 02/07/18 | J | | |
| 236. | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 237. Northrop Grumman (J) | A | Dividend | J | T | Sold<br>(part) | 04/10/18 | J | A | |
| 238. Oracle Corp (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 06/14/18 | J | A | |
| 240. Oshkosh Corp (J) | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 241. Pepsico Inc. (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 242. | | | | | Sold<br>(part) | 09/26/18 | J | A | |
| 243. Pfizer (J) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 244. | | | | | Sold<br>(part) | 05/17/18 | J | A | |
| 245. Priceline Group (J) | | None | | | Sold | 02/16/18 | J | A | |
| 246. Quest Diagnostics Inc. (J) | A | Dividend | | | Buy<br>(add'l) | 01/22/18 | J | | |
| 247. | | | | | Sold | 10/25/18 | J | A | |
| 248. Raytheon Company (J) | A | Dividend | J | T | Buy<br>(add'l) | 01/30/18 | J | | |
| 249. | | | | | Sold<br>(part) | 09/26/18 | J | A | |
| 250. Ross Stores Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 12/20/18 | J | A | |
| 251. ROYAL DUTCH SHELL PLC-ADR (J) | | None | J | T | Buy | 12/26/18 | J | | |
| 252. S & P Global Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 11/27/18 | J | A | |
| 253. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 254. Schlumberger Ltd (J) | A | Dividend | | | Sold | 09/10/18 | J | A | |
| 255. Starbucks Corp (J) | A | Dividend | J | T | Sold<br>(part) | 01/18/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. SUN COMMUNITIES INC | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 257. Synchrony Financial (J) | A | Dividend | J | T | Sold<br>(part) | 03/27/18 | J | A | |
| 258. Tax-Aware Overlay A Portfolio SATOX (J) | C | Dividend | M | T | Buy<br>(add'l) | 01/18/18 | J | | |
| 259. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 260. Tax-Aware Overlay B Portfolio SBTOX (J) | B | Dividend | L | T | Buy<br>(add'l) | 01/18/18 | J | | |
| 261. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 262. Texas Instruments Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 09/24/18 | J | A | |
| 263. T-Mobile US Inc. (J) | | None | J | T | Buy<br>(add'l) | 02/26/18 | J | | |
| 264. | | | | | Sold<br>(part) | 10/16/18 | J | A | |
| 265. TOTAL SYSTEM SERVICES (J) | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 266. Tyson Foods Inc.-Cl-A (J) | A | Dividend | J | T | Buy<br>(add'l) | 06/06/18 | J | | |
| 267. | | | | | Sold<br>(part) | 07/06/18 | J | A | |
| 268. Unitedhealth Group Inc. UNH (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 269. | | | | | Sold<br>(part) | 07/24/18 | J | A | |
| 270. US Bancorp (J) | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 271. Verizon Communications (J) | A | Dividend | J | T | Buy<br>(add'l) | 08/02/18 | J | | |
| 272. | | | | | Sold<br>(part) | 10/12/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Visa Inc. - Class A Shares (J) (X) | A | Dividend | J | T | Sold<br>(part) | 09/07/18 | J | A | |
| 274. Wal-mart Stores Inc. (J) | A | Dividend | J | T | Buy<br>(add'l) | 02/20/18 | J | | |
| 275. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 276. Walt Disney Co (J) | A | Dividend | J | T | Buy<br>(add'l) | 01/23/18 | J | | |
| 277. | | | | | Sold<br>(part) | 06/27/18 | J | A | |
| 278. Wells Fargo (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 279. | | | | | Sold<br>(part) | 10/09/18 | J | A | |
| 280. Xerox Corp (J) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 281. | | | | | Sold<br>(part) | 03/01/18 | J | A | |
| 282. Xilinx Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 09/28/18 | J | A | |
| 283. Zoetis Inc. (J) | A | Dividend | J | T | Sold<br>(part) | 09/11/18 | J | A | |
| 284. AllianceBernstein Discovery Growth Fnd | A | Dividend | J | T | Buy<br>(add'l) | 12/13/18 | J | | |
| 285. | | | | | Sold<br>(part) | 02/12/18 | J | A | |
| 286. AllianceBernstein Discovery Value Fund | A | Dividend | J | T | | | | | |
| 287. Bernstein Emerging Mkts | A | Dividend | J | T | | | | | |
| 288. AB International Samll Cap Portfolio | B | Dividend | K | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 289. | | | | | Buy<br>(add'l) | 10/16/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 291. AB International Strategic Equities | B | Dividend | L | T | Buy<br>(add'l) | 12/14/18 | J | | |
| 292. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 293. AB Small Cap Core Portfolio | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | | |
| 294. Adobe Systems Inc. | | None | J | T | | | | | |
| 295. Aetna Inc | A | Dividend | | | Sold | 11/29/18 | J | | |
| 296. Alphabet Inc-CL C (X) | | None | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 297. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 298. | | | | | Buy<br>(add'l) | 04/05/18 | J | | |
| 299. Google Inc -CL C | | None | | | Sold | 01/01/18 | J | A | |
| 300. Altria Group Inc | A | Dividend | J | T | Buy<br>(add'l) | 07/25/18 | J | | |
| 301. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 302. | | | | | Sold<br>(part) | 06/19/18 | J | | |
| 303. American Electric Power | A | Dividend | J | T | Buy<br>(add'l) | 07/26/18 | J | | |
| 304. | | | | | Sold<br>(part) | 02/12/18 | J | | |
| 305. American International Group | A | Dividend | | | Sold | 06/15/18 | J | | |
| 306. Anthem Inc | A | Dividend | J | T | Buy | 03/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  Apple Inc | A | Dividend | J | T | Sold<br>(part) | 05/11/18 | J | B | |
| 308.  Autozone Inc | | None | J | T | Buy | 05/04/18 | J | | |
| 309.  Bank of America | A | Dividend | J | T | Sold<br>(part) | 10/12/18 | J | A | |
| 310.  Berkshire Hathaway inc cl B | | None | | | Buy | 07/25/18 | J | | |
| 311. | | | | | Buy<br>(add'l) | 08/20/18 | J | | |
| 312. | | | | | Sold | 09/05/18 | J | A | |
| 313.  Bernstein Diversified Municipal Portfolio | E | Dividend | O | T | Sold<br>(part) | 10/23/18 | J | A | |
| 314.  Bernstein Tax-Managed Int'l Portfolio | A | Dividend | K | T | | | | | |
| 315.  Biogen Inc | | None | J | T | Sold<br>(part) | 07/25/18 | J | A | |
| 316.  Boeing Co/The | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |
| 317.  Capital One Fin Corp | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 318.  Cash - Aliance Bernstein | | None | J | T | | | | | |
| 319.  Carnival Corp | A | Dividend | | | Buy | 04/11/18 | J | | |
| 320. | | | | | Sold | 06/19/18 | J | A | |
| 321.  CBS Corp-Class B Non Voting | A | Dividend | | | Sold | 05/07/18 | J | A | |
| 322.  CBRE Group Inc | | None | J | T | Buy | 06/27/18 | J | | |
| 323.  Cdw Corp/DE (X) | A | Dividend | J | T | Sold<br>(part) | 06/11/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Cerner Corp | | None | | | Sold | 09/14/18 | J | A | |
| 325. Cisco Systems Inc | A | Dividend | J | T | Sold (part) | 11/06/18 | J | A | |
| 326. Citigroup Inc | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 327. | | | | | Sold (part) | 07/19/18 | J | A | |
| 328. | | | | | Sold (part) | 10/17/18 | J | A | |
| 329. CME Group Inc | A | Dividend | | | Buy | 04/26/18 | J | | |
| 330. | | | | | Sold | 12/21/18 | J | A | |
| 331. Cognizant Tech Solutions - A | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 332. | | | | | Sold (part) | 09/07/18 | J | A | |
| 333. Comast Corp-Class A | A | Dividend | J | T | | | | | |
| 334. Constellation Brands Inc-A | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 335. Costco Wholesale Corp | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 336. | | | | | Sold (part) | 12/20/18 | J | A | |
| 337. Cubesmart | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 338. CVS Health Corp | | None | | | Sold | 12/20/18 | J | A | |
| 339. Devon Energy Corporation | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 340. Delta Air Lines | A | Dividend | J | T | Buy | 10/17/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Dollar General Corp | | None | J | T | Buy | 12/28/18 | J | | |
| 342. Dow Dupont Inc | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 343. Eaton Corp PLC | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 344. EBAY Inc. | | None | | | Sold | 10/01/18 | J | A | |
| 345. Edison International | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 346. Edwards Lifeciences | | None | J | T | Sold (part) | 02/12/18 | J | A | |
| 347. | | | | | Sold (part) | 06/06/18 | J | A | |
| 348. | | | | | Sold (part) | 08/16/18 | J | A | |
| 349. EOG Resources | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 350. | | | | | Sold (part) | 06/05/18 | J | A | |
| 351. | | | | | Sold (part) | 12/31/18 | J | A | |
| 352. Everest RE Group LTD (X) | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 353. | | | | | Sold (part) | 11/15/18 | J | A | |
| 354. Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 355. | | | | | Sold (part) | 12/21/18 | J | A | |
| 356. Facebook Inc-A | | None | J | T | Sold (part) | 02/12/18 | J | A | |
| 357. | | | | | Sold (part) | 08/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 12/19/18 | J | A | |
| 359. | | | | | Sold (part) | 12/28/18 | J | A | |
| 360. Fiserv | | None | J | T | | | | | |
| 361. | | | | | Sold (part) | 01/31/18 | J | B | |
| 362. FNF Group | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 363. | | | | | Sold (part) | 02/08/18 | J | A | |
| 364. Gilead Sciences Inc | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 365. Goldman Sachs Group | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 366. | | | | R | Sold (part) | 02/12/18 | J | A | |
| 367. Hess Corp | A | Dividend | | | Sold | 02/21/18 | J | A | |
| 368. HP Inc (Hewlit-Packard) | A | Dividend | J | T | | | | | |
| 369. Home Depot Inc. HD | A | Dividend | J | T | Buy | 12/28/18 | J | | |
| 370. Honeywell International Inc. | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 371. Intel Corp | A | Dividend | J | T | Buy (add'l) | 06/14/18 | J | | |
| 372. | | | | | Sold (part) | 08/16/18 | J | A | |
| 373. Intuitive Surgical Inc | | None | J | T | Sold (part) | 08/17/18 | J | B | |
| 374. JP Morgan Chase & Co | A | Dividend | J | T | Sold (part) | 11/06/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Kimberly-Clark Corp | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 376. L-3 Communications | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 377. Lyondellbasell | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 378. Magna International Inc | A | Dividend | J | T | Buy<br>(add'l) | 12/06/18 | J | | |
| 379. | | | | | Sold<br>(part) | 05/21/18 | J | A | |
| 380. Marathon Petroleum Corp | A | Dividend | J | T | Buy<br>(add'l) | 06/15/18 | J | | |
| 381. | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 382. Mcdonald's Corp | A | Dividend | J | T | Buy<br>(add'l) | 04/30/18 | J | | |
| 383. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 384. Mckesson Corp (X) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 385. Medtronic PLC | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |
| 386. Merck & Co. Inc. | A | Dividend | J | T | Buy<br>(add'l) | 10/02/18 | J | | |
| 387. | | | | | Sold<br>(part) | 06/07/18 | J | A | |
| 388. Microsoft Corp | A | Dividend | J | T | Buy<br>(add'l) | 11/07/18 | J | | |
| 389. | | | | | Sold<br>(part) | 02/05/18 | J | A | |
| 390. Mid-America Apartment Comm | A | Dividend | J | T | Buy<br>(add'l) | 12/10/18 | J | | |
| 391. Nike Inc. - Cl B | A | Dividend | J | T | Buy<br>(add'l) | 02/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 12/20/18 | J | A | |
| 393. Nisource Inc. | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 394. | | | | | Sold (part) | 01/11/18 | J | A | |
| 395. NOKIA CORP-SPON ADR | A | Dividend | J | T | Buy (add'l) | 04/20/18 | J | | |
| 396. Norfolk Southern Corp | A | Dividend | J | T | Sold (part) | 12/20/18 | J | A | |
| 397. Northrop Grumman Corp | A | Dividend | J | T | Sold (part) | 05/03/18 | J | A | |
| 398. ORACLE CORP ORCL | A | Dividend | J | T | Sold (part) | 08/02/18 | J | A | |
| 399. Oshkosh Corp | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 400. Pepsico Inc | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 401. Pfizer Inc | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 402. | | | | | Sold (part) | 05/03/18 | J | A | |
| 403. Priceline Group | | None | | | Sold | 01/16/18 | J | A | |
| 404. Quest Diagnostics Inc. | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 405. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 06/13/18 | J | | |
| 406. Ross Stores Inc. | A | Dividend | J | T | Sold (part) | 12/20/18 | J | A | |
| 407. S & P Global, Inc. | A | Dividend | J | T | Sold (part) | 11/19/18 | J | A | |
| 408. Schlumberger LTD | A | Dividend | | | Sold | 09/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  Starbucks Corp | A | Dividend | J | T | Sold<br>(part) | 12/12/18 | J | A | |
| 410.  Synchrony Financial | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 411.  Tax-Aware Overlay A Portfolio Class 1 | A | Dividend | L | T | Buy<br>(add'l) | 12/19/18 | J | | |
| 412.  Tax-Aware Overlay B Portfolio Class 1 | D | Dividend | N | T | Buy<br>(add'l) | 12/19/18 | J | | |
| 413.  Texas Instruments Inc. | A | Dividend | J | T | Sold<br>(part) | 05/11/18 | J | | |
| 414.  T-Mobile US Inc. | | None | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 415. | | | | | Sold<br>(part) | 10/17/18 | J | A | |
| 416.  Tyson Foods Inc. | A | Dividend | | | Buy | 06/07/18 | J | | |
| 417. | | | | | Sold | 07/06/18 | J | A | |
| 418.  Total System Services Inc | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 419.  Ultra Beauty | | None | J | T | Buy | 11/07/18 | J | | |
| 420.  Unitedhealth Group | A | Dividend | J | T | | | | | |
| 421.  US Bancorp | A | Dividend | | | Sold | 03/23/18 | J | | |
| 422.  US Foods Holding Corp | | None | J | T | Buy | 07/27/18 | J | | |
| 423.  Verizon Communications VZ | A | Dividend | J | T | Buy<br>(add'l) | 05/22/18 | J | | |
| 424. | | | | | Sold<br>(part) | 10/12/18 | J | A | |
| 425.  Veritex Pharmaceuticals Inc | | None | J | T | Buy | 11/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. Visa Inc Class A Shrs | A | Dividend | J | T | Sold<br>(part) | 12/14/18 | J | A | |
| 427. Walt Disney | A | Dividend | J | T | Sold<br>(part) | 11/20/18 | J | A | |
| 428. Wal-Mart Stores Inc. | A | Dividend | J | T | Buy<br>(add'l) | 04/17/18 | J | | |
| 429. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 430. Wells Fargo | A | Dividend | J | T | | | | | |
| 431. Xerox | A | Dividend | J | T | Sold<br>(part) | 01/16/18 | J | A | |
| 432. Xilinx Inc. | A | Dividend | J | T | Sold<br>(part) | 09/26/18 | J | A | |
| 433. Zoetix Inc. (X) | A | Dividend | J | T | Sold<br>(part) | 11/20/18 | J | A | |
| 434. IRA - Sanford C. Bernstein & Co., LLC | | | | | | | | | |
| 435. - AB Discovery Growth CHCYX | | None | J | T | | | | | |
| 436. - AB Discovery Value Fund ABYSX | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |
| 437. - AB GLOBAL BOND FUND- ADV | D | Dividend | M | T | Buy<br>(add'l) | 12/10/18 | J | | |
| 438. - AB International Small Cap Portfolio | A | Dividend | K | T | Buy<br>(add'l) | 12/14/18 | J | | |
| 439. - AB International Strategic Equities<br>Portfolio | A | Dividend | L | T | Buy<br>(add'l) | 12/14/18 | K | | |
| 440. - AB Small Cap Core Portfolio Adv Cl | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |
| 441. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 442. - AB Sustainable Global Thematic Fund-<br>Advisor Class | | | | | Sold | 12/21/18 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Adobe Systems Inc. (X) | | | J | T | | | | | |
| 444. - AETNA INC | A | Dividend | | | Sold | 10/12/18 | J | A | |
| 445. ALPHABET INC-CL C (X) | | None | J | T | Buy (add'l) | 04/06/18 | J | | |
| 446. - Altria Group MO | A | Dividend | J | T | Buy (add'l) | 11/07/18 | J | | |
| 447. | | | | | Sold (part) | 06/12/18 | J | A | |
| 448. - American Electric Power | A | Dividend | J | T | Buy (add'l) | 07/11/18 | J | | |
| 449. | | | | | Sold (part) | 02/12/18 | J | A | |
| 450. - American International Group | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 451. - Apple Inc AAPL | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 452. | | | | | Sold (part) | 05/11/18 | J | A | |
| 453. AUTOZONE INC | | None | J | T | Buy | 07/24/18 | J | | |
| 454. - Bank of America BAC | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 455. | | | | | Sold (part) | 10/12/18 | J | A | |
| 456. - Bernstein Emerging Market SNEMX | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 457. - BERNSTEIN INTERMEDIATE DURATION PORTFOLIO SNIDX | D | Dividend | M | T | | | | | |
| 458. - Bernstein International SIMTX | A | Dividend | K | T | | | | | |
| 459. - Biogen Inc | | None | J | T | Sold (part) | 06/05/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Boeing Co/The | A | Dividend | J | T | Sold (part) | 07/19/18 | J | A | |
| 461. - CBS Corp-Class B Non Voting (X) | A | Dividend | | | Sold | 05/07/18 | J | A | |
| 462. -CBRE Group Inc | | None | J | T | Buy | 06/27/18 | J | | |
| 463. - CDW Corp/DE | A | Dividend | J | T | Sold (part) | 05/22/18 | J | A | |
| 464. - Cerner Corp | A | Dividend | | | Sold | 05/16/18 | J | B | |
| 465. -Chevron Corp | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 466. | | | | | Sold (part) | 08/14/18 | J | A | |
| 467. - Cisco Systems Inc. (X) | A | Dividend | J | T | Buy (add'l) | 03/12/18 | J | | |
| 468. | | | | | Sold (part) | 11/06/18 | J | A | |
| 469. -Citigroup | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 470. | | | | | Sold (part) | 08/14/18 | J | A | |
| 471. -CME Group; Inc | A | Dividend | | | Buy | 05/01/18 | J | | |
| 472. | | | | | Sold | 11/06/18 | J | A | |
| 473. -COGNIZANT TECH SOLUTIONS-A | A | Dividend | J | T | Buy | 04/06/18 | J | | |
| 474. | | | | | Sold (part) | 09/07/18 | J | A | |
| 475. - COMCAST CORP-CLASS A CMCSA | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 476. -CONSTELLATION BRANDS INC-A | A | Dividend | J | T | Buy | 05/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 10/16/18 | J | A | |
| 478.  - Costco Wholesale COST | A | Dividend | J | T | Buy (add'l) | 03/22/18 | J | | |
| 479. | | | | | Sold (part) | 12/20/18 | J | B | |
| 480.  -CUBESMART | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 481.  -DELTA AIR LINES INC | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 482.  - Devon Energy Corporation | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 483.  - Dowdupont Inc formerly DowChemical Co | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 484.  - Eaton Corp PLC (X) | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 485.  - Ebay EBAY | | None | | | Sold | 10/01/18 | J | A | |
| 486.  - Edison International | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 487.  - Edwards Lifesciences | | None | J | T | Sold (part) | 06/06/18 | J | A | |
| 488.  - EOG Resources Inc | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 489.  -EVEREST RE GROUP LTD | | | J | T | Buy | 01/25/18 | J | | |
| 490. | | | | | Sold (part) | 11/01/18 | J | A | |
| 491.  - Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 08/31/18 | J | | |
| 492. | | | | | Sold (part) | 12/21/18 | J | A | |
| 493.  - Facebook Inc-A | | None | J | T | Sold (part) | 08/01/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  - Fiserv Inc. | | None | | | Sold | 01/31/18 | J | A | |
| 495.  -FIDELITY NATIONAL INFORMATION | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 496.  - FNF Group (X) | A | Dividend | J | T | Buy<br>(add'l) | 06/18/18 | J | | |
| 497. | | | | | Sold<br>(part) | 01/11/18 | J | A | |
| 498.  - Gilead Sciences Inc. (X) | A | Dividend | J | T | Buy<br>(add'l) | 05/02/18 | J | | |
| 499. | | | | | Sold<br>(part) | 04/05/18 | J | A | |
| 500.  - Goldman Sachs Group Inc. (X) | A | Dividend | J | T | Buy<br>(add'l) | 09/11/18 | J | | |
| 501. | | | | | Sold<br>(part) | 08/14/18 | J | A | |
| 502.  - Hess Corp | A | Dividend | | | Sold | 02/28/18 | J | A | |
| 503.  - HOME DEPOT INC | A | Dividend | | | Buy | 12/24/18 | J | | |
| 504.  - Honeywell International Inc. | A | Dividend | J | T | Sold<br>(part) | 01/29/18 | J | A | |
| 505.  - HP Inc. | A | Dividend | J | T | Sold<br>(part) | 02/23/18 | J | A | |
| 506.  - Intel Corp | A | Dividend | J | T | Buy<br>(add'l) | 06/15/18 | J | | |
| 507. | | | | | Sold<br>(part) | 02/20/18 | J | A | |
| 508.  - Intuitive Surgical Inc. | | None | | | Sold | 08/14/18 | J | A | |
| 509.  - JP Morgan Chase & Co | A | Dividend | J | T | Buy<br>(add'l) | 09/06/18 | J | | |
| 510. | | | | | Sold<br>(part) | 11/06/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  - Kimberly-Clark Corp | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 512.  -LYONDELLBASELL INDU-CL A | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 513.  - Magna International Inc. (X) | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 514. | | | | | Sold<br>(part) | 01/12/18 | J | A | |
| 515.  - Marathon Petroleum Corp (X) | A | Dividend | J | T | Buy<br>(add'l) | 06/14/18 | J | | |
| 516. | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 517.  - Mcdonald's Corp | A | Dividend | J | T | Buy<br>(add'l) | 08/31/18 | J | | |
| 518. | | | | | Sold<br>(part) | 02/21/18 | J | A | |
| 519.  - Mckesson Corp | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 520.  - Medtronic PLC | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 521.  - Merck & Co. (X) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 522. | | | | | Sold<br>(part) | 06/07/18 | J | A | |
| 523.  - Microsoft Corp MSFT | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 524.  - Mid-America Apartment Comm | A | Dividend | J | T | Buy<br>(add'l) | 11/16/18 | J | | |
| 525. | | | | | Sold<br>(part) | 04/05/18 | J | A | |
| 526.  - Nike Inc - CL B | A | Dividend | J | T | Buy<br>(add'l) | 02/23/18 | J | | |
| 527. | | | | | Sold<br>(part) | 11/20/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. - Nisource Inc. | A | Dividend | J | T | | | | | |
| 529. - Norfolk Southern Corp | A | Dividend | J | T | Sold<br>(part) | 05/15/18 | J | A | |
| 530. - NORTHROP GRUMMAN CORP | A | Dividend | J | T | Sold<br>(part) | 09/07/18 | J | A | |
| 531. - Oracle Corp | A | Dividend | J | T | Sold<br>(part) | 06/14/18 | J | A | |
| 532. - Oshkosh Corp (X) | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 533. - OVERLAY A PORTFOLIO CLASS SAOOX | B | Dividend | L | T | | | | | |
| 534. - OVERLAY B PORTFOLIO CLASS SBOOX | D | Dividend | N | T | | | | | |
| 535. - Pepsico Inc | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |
| 536. - Pfizer Inc PFE | A | Dividend | J | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 537. | | | | | Sold<br>(part) | 08/14/18 | J | A | |
| 538. - Priceline.Com PCLN | | None | | | Sold | 02/16/18 | J | A | |
| 539. - Quest Diagnostics Inc. | A | Distribution | | | Sold | 04/16/18 | J | A | |
| 540. - Raytheon Company | A | Dividend | J | T | Buy<br>(add'l) | 02/23/18 | J | | |
| 541. - Ross Stores Inc. | A | Dividend | J | T | Buy<br>(add'l) | 06/07/18 | J | | |
| 542. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 543. -ROYAL DUTCH SHELL PLC-ADR | | None | | T | Buy | 12/26/18 | J | | |
| 544. - S&P Global Inc. | A | Dividend | J | T | Sold<br>(part) | 08/14/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Schlumberger SLB | A | Dividend | | | Sold | 09/07/18 | J | A | |
| 546. - Starbucks SBUX | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 547. - Synchrony Financiual (X) | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 548. | | | | | Sold (part) | 08/14/18 | J | A | |
| 549. - Texas Instruments Inc. | A | Dividend | J | T | Sold (part) | 08/14/18 | J | A | |
| 550. - T-Mobile US Inc. | | None | J | T | Buy (add'l) | 05/17/18 | J | | |
| 551. | | | | | Sold (part) | 10/16/18 | J | A | |
| 552. - Tyson Foods Inc. - Cl A | A | Dividend | | | Sold | 07/06/18 | J | A | |
| 553. - United Technologies UTX | A | Dividend | | | Sold | 01/02/18 | J | A | |
| 554. | | | | | | | | | |
| 555. - Unitedhealth Group | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 556. | | | | | Sold (part) | 05/21/18 | J | A | |
| 557. - US Bancorp USB | A | Dividend | | | Sold | 01/11/18 | J | A | |
| 558. -US FOODS HOLDING CORP | | None | J | T | Buy | 07/25/18 | J | | |
| 559. - Verizon Communications VZ | A | Dividend | | | Buy (add'l) | 05/23/18 | J | | |
| 560. | | | | | Sold (part) | 10/12/18 | J | A | |
| 561. -VERTEX PHARMACEUTICALS INC | | None | J | T | Buy | 05/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562.  - VISA Inc V | A | Dividend | J | T | Buy<br>(add'l) | 04/11/18 | J | | |
| 563. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 564.  - Wal-Mart Stores Inc. | A | Dividend | J | T | Buy<br>(add'l) | 04/11/18 | J | | |
| 565. | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 566.  - Walt Disney Co DIS | A | Dividend | J | T | Buy<br>(add'l) | 01/30/18 | J | | |
| 567.  - Wells Fargo WFC | A | Dividend | J | T | Buy<br>(add'l) | 09/11/18 | J | | |
| 568. | | | | | Sold<br>(part) | 10/09/18 | J | A | |
| 569.  - Xerox Corp | A | Dividend | J | T | | | | | |
| 570.  - Xilinx Inc. | A | Dividend | J | T | Sold<br>(part) | 08/01/18 | J | A | |
| 571.  - Zoetis Inc. | A | Dividend | J | T | Sold<br>(part) | 09/18/18 | J | A | |
| 572. | | | | | | | | | |
| 573. | | | | | | | | | |
| 574. | | | | | | | | | |
| 575. | | | | | | | | | |
| 576. | | | | | | | | | |
| 577. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PADOVA, JOHN R.** | 06/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 434 is not inerror.  It was needed to describe the fund family that followed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JOHN R. PADOVA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544